

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Barry S. Robinson | * | Case No.    12-28075-WIL |
| | * | Chapter     13 |
| | * | |
| Debtor(s) | * | |

### ORDER DISMISSING CASE FOR
### FAILURE TO COMPLETE REQUIRED FILINGS
### AND NOTICE THAT AUTOMATIC STAY IS TERMINATED

By Order of the Court dated, October 11, 2012, the above-captioned Debtor(s) was/were admonished to file:

__X_   Chapter 13 Plan

__X__  Certification of mailing Plan to all creditors

_____  Schedules  A  B  D  E  F  G  H  I  J

_____  Statement of Financial Affairs

_____  Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income

_____  Verification of creditor matrix

_____  Other:

Debtor(s) has/have failed to comply with said instructions of the Court.  It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that pursuant to 11 U.S.C. Sections 105(a) and 1307(c), the above-captioned case under Chapter 13 is dismissed; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of $-0- for unpaid filing and administrative fees; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:    Debtor(s)
       Debtor(s)' Attorney
       Chapter 13 Trustee


13Dism-18.8 --   1/26/10

**End of Order**